UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Weston P. Stow</u>

     v.                                                       Civil No. 17-cv-88-JL

<u>Robert P. McGrath, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 22, 2017.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: September 13, 2017

cc:   Weston J. Stow, pro se