```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Weston J. Stow</u>

       v.                                      Civil No. 17-cv-88-LM

<u>Robert P. McGrath, et al.</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 22, 2017.

    SO ORDERED.

                                                    _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: October 5, 2017

cc:   Weston J. Stow, pro se