UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Weston J. Stow

   v.                                                   Case No. 17-cv-88-LM

Robert P. McGrath, et al

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 13, 2017. This order shall herewith effectuate each specific recommendation listed at pages 37-38, in paragraphs 1-8.

_____
Landya B. McCafferty
United States District Judge

Date: January 23, 2018