```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Weston J. Stow

    v.                                  Case No. 17-cv-88-LM

Robert P. McGrath, et al

## O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 2, 2018, and deny Stow's motions to amend his complaint (Doc. Nos. 95, 98, 106, 118, 119), without prejudice to Stow's ability to bring state law claims against Perkins in state court, or to file a new action in this court against Davis. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                              _____
                                              Landya B. McCafferty
                                              United States District Judge

Date: March 28, 2018

cc:  Weston J. Stow, pro se
     Lynmarie C. Cusack, Esq.
     Seth Michael Zoracki, Esq.